# RESOLUTION OF MANAGING MEMBERS TO AUTHORIZE FILING BANKRUPTCY PETITION

Adaptive Identity Systems, LLC

October 18, 2022

The undersigned being all the Managing Members of the Adaptive Identity Systems, LLC (the "Company"), and having met pursuant to the bylaws of the company, and notice of such meeting have been waived: and

The Managing Members having received and reviewed reports furnished it concerning the financial condition of the Company, it is hereby

Resolved, that the Company initiate a case under Chapter 11 of the Bankruptcy Code; and it is further

Resolved, that Hilario D. Gonzales is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in sole discretion of Hilario D. Gonzales, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED that Hilario D. Gonzales is authorized and directed to employ and retain RoseAnn Frazee Law Group, Attorney at Law, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of Hilario D. Gonzales to be appropriate.

.

Adaptive Identity Systems, LLC

By: *[signature]*

Hilario D. Gonzales
Managing Member